WO	JWB

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

Thomas Braley, ) No. CV 1-08-0758-MHM
)
      Plaintiff, ) **ORDER**
)
vs. )
)
California Department of Corrections and )
Rehabilitation, et al., )
)
      Defendants. )

**I.    Background**

In a February 12, 2009 Order, the Court granted Plaintiff's Motion to Amend his Complaint and provided Plaintiff 30 days to file a First Amended Complaint (Doc. # 17).

**II.    Pending Motions**

Before the Court granted Plaintiff's motion to amend his Complaint, Plaintiff filed a Motion to Supplement his Original Filing to Show Proper Exhaustion (Doc. # 16). While Plaintiff correctly notes that he must exhaust all of his claims before filing suit, Porter v. Nussle, 534 U.S. 516, 523 (2002), he does not have to plead or establish exhaustion in his complaint. Defendants bear the burden of raising and proving the absence of exhaustion. Wyatt v. Terhune, 315 F.3d 1108, 1119 (9th Cir. 2003). Consequently, Plaintiff's motion to supplement will be denied as unnecessary (Doc. # 16).

///

///

JDDL

On March 11, 2009, Plaintiff filed a Motion for Extension of Time to File his First Amended Complaint (Doc. # 18), in which he seeks a 30-day extension of time to comply with the Court's Order. The Court, in its discretion, will grant the Motion.

**III. Warnings**

    **A. Address Changes**

Plaintiff must file and serve a notice of a change of address in accordance with Rule 83-182(f) and 83-183(b) of the Local Rules of Civil Procedure. Plaintiff must not include a motion for other relief with a notice of change of address. Failure to comply may result in dismissal of this action.

    **B. Copies**

Plaintiff must submit an additional copy of every filing for use by the Court. See LRCiv 5-133(d)(2). Failure to comply may result in the filing being stricken without further notice to Plaintiff.

    **C. Possible Dismissal**

If Plaintiff fails to timely comply with every provision of this Order, including these warnings, the Court may dismiss this action without further notice. See Ferdik v. Bonzelet, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (a district court may dismiss an action for failure to comply with any order of the Court).

**IT IS ORDERED:**

(1) Plaintiff's Motion to Supplement Original Filing to Show Exhaustion (Doc. # 16) is **denied** as unnecessary.

(1) Plaintiff's March 11, 2009 Motion for Extension of Time to File his First Amended Complaint (Doc. # 18) is **granted**.

(2) Plaintiff has **30 days** from the date this Order is filed to file a first amended complaint in compliance with this Order.

///

///

(3) If Plaintiff fails to file a first amended complaint within 30 days, the Clerk of Court must, without further notice, enter a judgment of dismissal of this action with prejudice.

DATED this 25th day of March, 2009.

Mary H. Murguia
United States District Judge