IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Braley,<br><br>  Plaintiff,<br><br>vs.<br><br>California Department of Corrections and Rehabilitation, et al.,<br><br>  Defendants. | No. CV 1-08-0758-PHX-MHM<br><br>**ORDER** |

Plaintiff has filed a Petition/Request (Motion) for Court Ordered "Nunc Pro Tunc Amendment" (Doc. # 37) in this closed case, alleging that it was "error" for the District Court not to docket two pleadings that related to his Ninth Circuit appeal and requesting that these documents be docketed "nunc pro tunc."

Pleadings relating to appeals in the Ninth Circuit are not docketed in the District Court as a matter of course and therefore the District Court did not err by not docketing them. Accordingly,

**IT IS ORDERED** denying Plaintiff's Motion for Court Ordered "Nunc Pro Tunc

/ / /

/ / /

/ / /

/ / /

1  Amendment." (Doc. # 37)

2  DATED this 17th day of August, 2009.

_____
Mary H. Murguia
United States District Judge

- 2 -